Argued and submitted July 13, appeal dismissed September 27, 1995

In the Matter of
Valdez, Christopher James, a Child.
STATE ex rel JUVENILE DEPARTMENT
OF MULTNOMAH COUNTY,
*Appellant,*

*v.*

Christopher James VALDEZ,
*Respondent.*
(9207-82509; CA A78161)
902 P2d 139

Michael C. Livingston, Assistant Attorney General, argued the cause for appellant. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Martin W. Reeves argued the cause for respondent. With him on the brief was Reeves, Kahn & Eder.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Appeal dismissed; *State ex rel Juv. Dept. v. M. T.*, 321 Or 419, 899 P2d 1192 (1995).